Form B1 (Official Form ) - (Rev. 3/98)

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

Voluntary Petition

| Name of Debtor (If Individual, enter Last, First, Middle): AgriBioTech, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor In the last 6 years (Include married, maiden, and trade names): See Exhibit "A" | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): 85-0325742 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State, & Zip Code): 120 Corporate Park Drive Henderson, NV 89014 | Street Address of Joint Debtor (No. & Street, City, State, & Zip Code): |
| County of Residence or of the Principal Place of Business: Clark | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (If different from street address above): See Exhibit "B" | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[X] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. This petition is being filed by a corporation or partnership under chapter 11 and the debtor acknowledges that a Venue Disclosure Form is required to be filed by General Order 97-02.

**Type of Debtor** (Check all boxes that apply)

[ ] Individual(s)
[X] Corporation
[ ] Partnership
[ ] Other:
[ ] Railroad
[ ] Stockbroker
[ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

[ ] Chapter 7
[ ] Chapter 9
[X] Chapter 11
[ ] Chapter 12
[ ] Chapter 13

[ ] Sec. 304 - Case Ancillary to foreign proceeding

**Nature of Debts** (Check one box)

[ ] Consumer/Non-Business
[X] Business

**Filing Fee** (Check one box)

[X] Full Filing Fee attached

[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)

[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)

[X] Debtor estimates that funds will be available for distribution to unsecured creditors.
[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| | 1-15 | 16-49 |
|---|---|---|
| | [ ] | [ ] |

**Estimated Assets**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 mil |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0-$50,000 | $50,001-$100,000 | $100,001-$500,000 | $500,001-$1 million | $1,000,001-$10 mil |
|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA    RECEIPT

Case # 00-10533 lbr    Chapter 11    # 000061635 - CC
Filed: 03:00 PM, 01/25/00    Las Vegas    03:07 PM, January 25, 2000

| Code | Qty | Amount |
|---|---|---|
| 11 | 1 | $830.00 |

Judge: Linda B. Riegle
Trustee: xxx
Debtor(s):
   AGRIBIOTECH, INC.

First Meeting of Creditors
01:00 PM, March 01, 2000
BIBLE BUILDING
600 LAS VEGAS BLVD., SOUTH
ROOM 435
LAS VEGAS, NV 89101

FILER

TOTAL PAID: $830.00
From: PACHULSKI,STANG,ZIEHL,YOUNG

Form B1 (Official Form 1) Page Two - (Rev. 98)

| **Voluntary Petition** | **Name of Debtor(s):** | **FORM B1,** |
| *(This page must be completed and filed in every case)* | AgriBioTech, Inc. | **Page 2** |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| **Location Where Filed:** | **Case Number:** | **Date Filed:** |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| **Name of Debtor:** See Exhibit "C" | **Case Number:** | **Date Filed:** |
| **District:** | **Relationship:** | **Judge:** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone and Fax Number (if not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

X Randy Ingram
Printed Name of Authorized Individual

Chief Financial Officer
Title of Authorized Individual

January 25, 2000
Date

### Signature of Attorney

X _William P. Weintraub_ _by jpdb_
Signature of Attorney for Debtor(s)

William P. Weintraub
Printed Name of Attorney for Debtor(s)

PACHULSKI, STANG, ZIEHL, YOUNG
Firm Name

& JONES P.C.
Address
650 California Street, 15th Floor
San Francisco, CA 94108

(415) 263-7000
Telephone and Fax Number

1/25/00          108125
Date           Bar Number

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

### Exhibit "A"

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit "B"

(To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

## EXHIBIT "A"

The following is a list of d/b/a's for the AgriBioTech, Inc., a Nevada corporation:

AgriBioTech Canada, Inc.
AgriBioTech S.A. de C.V.
Allied Seed Company
Arnold-Thomas Seed Service, Inc.
Arrowhead Enterprises, Inc.
Beachley Hardy
Burlinghams Seeds
Clark Seeds, Inc.
Discount Farm Center, Inc.
E.F. Burlingham & Sons
Fine Lawn Research, Inc.
G.W. Burlingham's, Inc.
Garden West Distributors, Inc.
Geo. W. Hill & Co., Inc.
Geo. W. Hill of Indiana, Inc.
Germain's Seeds, Inc.
Graze N Hay
Great Western Seed Company
Green SCA Corp.
Green Seed Company Limited Partnership
Halsey Seed Company
Hobart Seed Company
Holden Seed Co.
Hybrigene, LLC
J&M Seed
Kinder Seed, Inc.
Knippel Seed Company
LaCrosse Seed Company, Inc.
Las Vegas Fertilizer Co., Inc.
Lofts Great Western
Lofts Mergerco, Inc.
Lofts Seed Company, Inc.
Lofts Seed, Inc.
LVF Turf and Irrigation Supply
Mock Seed
Northern Plains Seed Co.
Ohio Harvest, Inc.
Ohio Seed Company
Olsen-Fennell Seeds, Inc.
Oseco Inc.
Peterson Export, Inc.

**EXHIBIT** A

Peterson Seed Company, Inc.
Precision Seed Coaters, Inc.
Premium Seed Company, Inc.
Rothwell Seed International Company
Scott Seed Company
Seed Corporation of America
Seed Mart, Inc.
Seed Resource, Inc.
Sexauer Seed Co.
Standard Holdings, Ltd.
The Sexauer Company
Van Dyke Seed Co.
W.D. Seed Growers Idaho, Inc.
Wilbur's Seed, Inc.
Willamette Seed & Grain Co.
Willamette Seed Co.
W-L Research, Inc.
Zajac Performance Seeds Oregon, LLC
Zajac Performance Seeds, Inc.

AgriBioTech Inc

| AGRIBIOTECH, INC. | | | |
|---|---|---|---|
| COMPANY ADDRESS LIST | | | |
| | | **PHONE #** | **FAX #** |
| COMPANY NAME | ADDRESS | | |
| ABT - ALBANY, OR | 810 SE JACKSON, ALBANY, OR 97321 | (541)926-3100 | (541)967-0558 |
| ABT - ALBANY, OR /RESEARCH FARM | 36030 TENNESSEE RD., ALBANY, OR 97321 | | |
| ABT - ALLENTOWN, PA | 2202 HANGAR PL.#170, ALLENTOWN, PA 18103 | (610)266-6612 | (610)266-6608 |
| ABT - AREA 2 ADMIN., NC | 1399 ASHLEYBROOK LANE STE. 100, WINSTON-SALEM, NC 27103 | (800)626-3890 | (336)760-1206 |
| ABT - ATHENS, GA | 1080 HWY. 29 NORTH, ATHENS, GA 30601 | (800)282-8513 | (706)353-7442 |
| ABT- BAKERSFIELD, CA | 601 OSWELL ST., BAKERSFIELD, CA 93307 | (661)366-5525 | (661)366-3424 |
| ABT- BUFFALO, NY | 485 LUDWIG AVE., BUFFALO, NY 14225 | (800)854-5230 | (716)891-8966 |
| ABT- CROTON, OH | 8888 PARSONS RD., CROTON, OH 43013 | (740)893-4200 | (740)893-4297 |
| ABT - DALLAS, OR | 1385  S.E. UGLOW STREET, DALLAS, OR 97338 | (503)831-0054 | (503)831-0840 |
| ABT- DES MOINES, IA | 2302 S.E. CREEKVIEW DR., METRO N.2, ANKENY, IA 50021 | (800)955-8008 | (515)963-7824 |
| ABT- ELWOOD, IN | 12071 NORTH STATE ROAD 37, ELWOOD, IN | (800)886-3043 | (765)557-4460 |
| ABT- EVANSVILLE, WI | 8701 W. WS HWY. 14, EVANSVILLE, WI 53536 | (608)882-4100 | (608)882-4084 |
| ABT - FARMINGDALE, NJ | 30 SOUTHARD AVE, SUITE 100, FARMINGDALE, NJ 07727 | (888)528-3890 | (732)751-9388 |
| ABT - FOREST GROVE, OR | 1936 19TH STREET, FOREST GROVE, OR 97116 | (503)357-4940 | (503)992-2472 |
| ABT - FOREST GROVE,OR/WAREHOUSE | 1824 ASH STREET, FOREST GROVE, OR 97116 | (503)357-1840 | (503)992-6711 |
| ABT - FRESNO, CA | 4782 E. JENSEN AVE., FRESNO, CA 93725 | (800)723-7333 | (559)233-8820 |
| ABT - HENDERSON, NV | 120 CORPORATE PARK DRIVE, HENDERSON, NV | (800)473-3314 | (702)566-2450 |
| ABT - HILLSBORO, OR | 31345 NW BEACH RD., HILLSBORO, OR 97124 | (503)647-2293 | (503)647-2046 |
| ABT- HOMEDALE, ID | 504 WEST IDAHO, HOMEDALE, ID 83628 | (208)466-9218 | |
| ABT - INDEPENDENT SEED, SD | 800 N. BROADWAY, MILLER, SD 57362 | (605)853-2414 | (605)853-2639 |
| ABT - LACROSS, WI | 2615 COMMERCE ST., LA CROSSE, WI 54601 | (800)658-8428 | (608)781-7333 |
| ABT - LAUREL, MD | 9327 US RTE. SUITE J, LAUREL, MD 20723 | (800)732-3332 | (301)362-8548 |
| ABT - LEBANON, OR | 34185 TENNESSEE RD. LEBANON, OR 97355 | (541)259-1721 | (541)259-1724 |
| ABT - LONDON, KY | 136 ARMORY STREET, LONDON, KY 40741 | (800)926-7333 | (606)864-9890 |
| ABT - LOVELOCK, NV | 35 McDOUGAL- INDUSTRIAL COMPLEX, LOVELOCK, NV 89419 | (775)273-2902 | |
| ABT- MASS MERCH. ADMIN | 33 SICOMAC ROAD, NORTH HALEDON, NJ 07508 | (973)423-1660 | |
| ABT- MERRILL, MI | 20720 E. GRATIOT RD., MERRILL, MI 48637 | (517)643-7684 | (517)643-0211 |
| ABT - NAMPA, ID (PACKAGING) | 1917 EAST FARGO AVE., NAMPA, ID 82687 | (800)624-8904 | (208)457-3353 |
| ABT - NAMPA, ID (PROCESSING) | 9311 HWY 45, NAMPA, ID 83686 | (208)466-6700 | |
| ABT - NASHVILLE, TN | 1200 DAVIDSON ST., NASHVILLE, TN 37206 | (800)251-1028 | |
| ABT - NEW ALBANY, IN | 709 E. 4TH STREET, NEW ALBANY, IN 47150 | (812)945-0229 | (812)944-4941 |
| ABT - NORCROSS, GA | 2200 NORCROSS PKWY., SUITE 255, NORCROSS, GA 30071 | (800)522-7333 | (770)242-8332 |
| ABT - POWELL, WY | 1150 EAST SOUTH STREET, POWELL, WY 82435 | (307)754-8426 | (307)754-8426 |
| ABT - RICKREALL, OR | 8883 RICKREALL ROAD, RICKREALL, OR 97371 | (503)623-2306 | (503)623-2477 |
| ABT - SHAKOPEE, MN | 7800 W HWY. 101, SHAKOPEE, MN 565379 | (800)328-6898 | (512)445-1679 |
| ABT- SHIREMANSTOWN, PA | 454 RAILROAD AVE. SHIREMANSTOWN, PA 17011 | (717)737-4529 | |
| ABT - SIOUX FALLS, SD | 1320 N. ELLIS ROAD, SIOUX FALLS, SD 57105 | (800)568-5424 | (605)338-0603 |
| ABT - SPRINGFIELD, MD | 309 NORTH MAIN, SPRINGFIELD, MO 65806 | (800)492-7333 | |
| ABT - TULIA, TX | 505 SOUTH HWY  87, TULIA, TX 79088 | (800)724-4306 | (806)995-3787 |
| ABT - TURF PROD. SALEM, OR | 3420 CHERRY AVE., N.E. SALEM, OR 97303 | (503)393-9298 | (503)393-8088 |
| ABT - WARDEN, WA | 21029 RD. 8 SE, WARDEN, WA 98857 | (509)349-8864 | (509)349-8057 |
| ABT - WATERTOWN, SD | WEST HWY. 212, WATERTOWN, SD 57201 | (800)843-6813 | (605)886-3623 |
| ABT - WEST KINGSTON, RI | 530 LIBERTY LANE, WEST KINGSTON, RI 02892 | (401)874-9900 | (401)874-7124 |
| ABT - WINSTON-SALEM, NC | 191 BUDD BLVD., WINSTON-SALEM, NC 27103 | (800)543-7333 | (336)765-3168 |
| ABT - WOBURN, MA | 71 WYMAN ST., WOBURN, MA 01801 | (800)648-7333 | (781)643-0160 |
| | | | |
| | | | |

**EXHIBIT**  4:05 PM 1/24/00

## **EXHIBIT**

## **AFFILIATED DEBTOR ENTITIES**

On January 25, 2000, each of the affiliated entities listed below (including the lead debtor in these chapter 11 cases) filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, such entities filed a motion requesting that the Court administratively consolidate their chapter 11 cases.

1. AgriBioTech, Inc., a Nevada corporation.
2. AgriBioTec Canada, Inc., a Canadian corporation
3. Las Vegas Fertilizer Co., Inc., a Nevada corporation
4. Garden West Distributors, Inc., an Arizona corporation
5. Geo. W. Hill & Co., Inc., a Kentucky corporation



AGRIBIOTECH, INC.
Board of Directors Meeting
January 19, 2000
via Conference Call

Convened at 12:00 PM PST

Board Members Present:

Also Present:

Richard Budd
Glenn Orr
Mac Bains
Randy Ingram
Tom Rice
James Johnston

Ken Budd, President of AgriBioTech, Inc.
Doug Fisher, Senior Vice President,
General Counsel & Secretary
Bill Weintraub, Partner in Pachulski,
Stang, Ziehl & Young
Jeff Pomerantz, Partner in Pachulski,
Stang, Ziehl & Young
John Boken, Partner in Arthur Anderson
Bill Davis, Partner in Womble Carlyle
   Sandridge & Rice
Bill Sullivan, Partner In Womble Carlyle
   Sandridge & Rice
Garza Baldwin, Partner in Womble Carlyle
Sandridge & Rice

1.    **APPROVAL OF CHAPTER 11 FILING.** Doug Fisher introduced Bill Weintraub,
workout and bankruptcy counsel, who reviewed recent events in connection with
discussions with the Bank of America, including the Tuesday, January 11 meeting with them
and recent reductions in the borrowing base, leaving ABT in a significant overdraft position.
Bank of America has informed ABT that it is unwilling to advance any further amounts
except with ABT in Chapter 11 bankruptcy. It is also questionable whether all outstanding
checks will be honored. Upon questions by the Board, the strategy relating to the actual
timing of the filing of the petition was discussed, including the need for flexibility due to the
time needed for adequate preparation, potential for an involuntary petition, and employee
needs.

## R E S O L U T I O N

**WHEREAS,** the Board of Directors has determined that it is in the best interests of
the Company, its creditors, stockholders, and other interested parties that a petition be filed
commencing a voluntary proceeding in bankruptcy, it is

**RESOLVED,** that, in the judgment of the Board, it is desirable and in the best
interests of the Company that the Company be prepared to commence a Chapter 11 case seeking
reorganization under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy
Code"); and

**RESOLVED,** that the appropriate officers of the Company be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a voluntary petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the appropriate United States Bankruptcy Court (the "Bankruptcy Court") at such time and under such circumstances and conditions as said authorized officer executing the petition shall determine; and

**RESOLVED,** that the appropriate officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the authorized officers may deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of the case; and

**RESOLVED,** that the appropriate officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to prepare a plan of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said authorized officer executing the same shall determine; and

**RESOLVED,** that the appropriate officers of the Company and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is authorized and empowered on behalf of, and in the name of, the Company to take such steps as may be necessary, appropriate or desirable in connection with such plan of reorganization and to make such motions and other filings with the Bankruptcy Court, and do all other things, as may be or become necessary, appropriate or desirable for the successful confirmation of such plan; and

**FURTHER RESOLVED,** that the Company retain and employ bankruptcy counsel to represent the Company in these proceedings and to pay said law firm an appropriate retainer.

Each Board member was individually polled and the motion was unanimously passed. Bill Weintraub and Jeff Pomerantz reviewed the obligations of the Board through the Chapter 11 proceeding.

The advisability of using Bank of America as DIP financier was discussed, with the advice being to continue to utilize them.

Status of DIP financing discussions with Bank of America was discussed.

**2. DISCLOSURE.** Garza Baldwin discussed the disclosure obligation under the security laws.

Attorneys will discuss further and make as recommendations.

Meeting ended at 1:00 PM PST.

Douglas A. Fisher
Secretary

Form B1, Exh.A - (Rev. 3/98)                                    1998 USBC, Central District of California

## Exhibit " A "

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

### [Caption as in Form 16B]

## Exhibit " A " to Voluntary Petition

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  <u>None</u>  .

2.  The following financial data is the latest available information and refers to the debtor's condition on <u>12/31/99</u>  .

    a.  Total assets                                                  $  <u>362,844,375</u>

    b.  Total debts (including debts listed in 2.c., below)           $  <u>165,592,049</u>

Approximate

|  |  |  | Number of holders |
|---|---|---|---|
| c. | Debt securities held by more than 500 holders. | | |
| | ☐ secured   ☐ unsecured | ☐ subordinated | $ |
| | ☐ secured   ☐ unsecured | ☐ subordinated | $ |
| | ☐ secured   ☐ unsecured | ☐ subordinated | $ |
| | ☐ secured   ☐ unsecured | ☐ subordinated | $ |
| | ☐ secured   ☐ unsecured | ☐ subordinated | $ |
| d. | Number of shares of preferred stock | <u>0</u> | <u>0</u> |
| e. | Number of shares common stock | <u>51,054,978</u> | <u>494</u> |

Comments, if any: _____

_____

3.  Brief description of debtor's business: <u>AgriBioTech, Inc. is a vertically integrated, full service seed company specializing in the forage and turf grass sector, complete with research and developments of</u>

B1X

Form B1, Exh. A - (Rev. 3/98)                                                                                          1998 USBC, Central District of California

proprietary seed varieties, seed processing plants and a national and
international distribution and sales network

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

The State of Wisconsin Investment Board  18.4% as of 12/31/99.

FORM B4
(6/90)

### Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## UNITED STATES BANKRUPTCY COURT

SOUTHERN    **DISTRICT OF**    NEVADA

In re    AgriBioTech, Inc., a Nevada corporation
　　　　　　　　　　　　Debtor

Case No.    1

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "Insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JG BOSWELL COMPANY<br>PO BOX 457<br>CORCORAN, CA 93212 | JG BOSWELL COMPANY<br>PO BOX 457<br>CORCORAN, CA 93212<br><br>(559) 992-2141 | TRADE DEBT | | | | $1,491,421.35 |
| ACCOUNT NO.<br><br>CENEX SUPPLY & MARKETING<br>P O BOX 11065<br>SPOKANE, WA 99211-1065 | CENEX SUPPLY & MARKETING<br>P O BOX 11065<br>SPOKANE, WA 99211-1065<br><br>(509) 534-0479, FAX#(509) 535-5976 | TRADE DEBT | | | | $1,090,934.43 |
| ACCOUNT NO.<br><br>BURLINGHAM, GEORGE<br>45157 NW DAVID HILL ROAD<br>FOREST GROVE, OR 97116 | BURLINGHAM, GEORGE<br>45157 NW DAVID HILL ROAD<br>FOREST GROVE, OR 97116<br><br>(503) 537-7325 | TRADE DEBT | | | | $727,237.00 |
| ACCOUNT NO.<br><br>NORFARM SEEDS<br>PO BOX 725<br>BEMIDJI, MN 56601 | NORFARM SEEDS<br>PO BOX 725<br>BEMIDJI, MN 56601<br><br>(218) 751-8617, FAX#(218) 751-0485 | TRADE DEBT | | | | $621,736.50 |

FORM B4
(6/90)

In re  AgriBioTech, Inc., a Nevada corporation  
                Debtor

Case No. ___1___

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HETRICK BROTHERS<br>PO BOX 269<br>OROVADA, NV 89425 | HETRICK BROTHERS<br>PO BOX 269<br>OROVADA, NV 89425<br><br>(775) 272-3206 | TRADE DEBT | | | | $603,527.07 |
| ACCOUNT NO.<br><br>INOUYE FARMS<br>1787 OWENS RD<br>WEISER, ID 83672 | INOUYE FARMS<br>1787 OWENS RD<br>WEISER, ID 83672<br><br>(208) 377-0184, FAX#(208) 377-0186 | TRADE DEBT | | | | $528,408.58 |
| ACCOUNT NO.<br><br>SILVER STATE FARMS<br>US BANK<br>PO BOX 1622<br>WINNEMUCCA, NV 89445 | SILVER STATE FARMS<br>US BANK<br>PO BOX 1622<br>WINNEMUCCA, NV 89445<br><br>(775) 623-4045, FAX#(775) 859-0101 | TRADE DEBT | | | | $526,123.90 |
| ACCOUNT NO.<br><br>PALOMA PARTNERS<br>HC 01 BOX 175<br>GILA BEND, AZ 85337 | PALOMA PARTNERS<br>HC 01 BOX 175<br>GILA BEND, AZ 85337 | TRADE DEBT | | | | $524,800.00 |
| ACCOUNT NO.<br><br>KPMG<br>111 SOUTH CALVERT STREET<br>DALLAS, TX 75389 | KPMG<br>111 SOUTH CALVERT STREET<br>DALLAS, TX 75389<br><br>(505) 884-3939, FAX#(503) 884-8348 | TRADE DEBT | | | | $517,486.00 |
| ACCOUNT NO.<br><br>BEACKNER SEED COMPANY INC<br>BOX 128<br>ST PAUL, KS 66771 | BEACKNER SEED COMPANY INC<br>BOX 128<br>ST PAUL, KS 66771<br><br>(316) 449-2286, FAX#(316) 449-8550 | TRADE DEBT | | | | $516,712.00 |

FORM B4
(6/90)

In re   AgriBioTech, Inc., a Nevada corporation
_____
                    Debtor

Case No. ___1___ _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ORACLE CORP<br>PO BOX 44471<br>SAN FRANCISCO, CA 94144-4471 | ORACLE CORP<br>PO BOX 44471<br>SAN FRANCISCO, CA 94144-4471<br><br>(650) 506-7000, FAX#(650) 506-7200 | TRADE DEBT | | | | $489,244.98 |
| ACCOUNT NO.<br><br>MONSANTO COMPANY<br>PO BOX 14247<br>SAINT LOUIS, MO 63150 | MONSANTO COMPANY<br>PO BOX 14247<br>SAINT LOUIS, MO 63150<br><br>(800) 325-1224, FAX#(314) 694-2712 | TRADE DEBT | | | | $487,331.00 |
| ACCOUNT NO.<br><br>CENEX HARVEST STATES<br>528 S BOOKER RD<br>OTHELLO, WA 99344 | CENEX HARVEST STATES<br>528 S BOOKER RD<br>OTHELLO, WA 99344<br><br>(888) 606-5261, FAX#(509) 488-3802 | TRADE DEBT | | | | $478,164.10 |
| ACCOUNT NO.<br><br>ZEIGLER FARMS LLC<br>PO BOX 71<br>RICKREAL, OR 97371 | ZEIGLER FARMS LLC<br>PO BOX 71<br>RICKREAL, OR 97371<br><br>(503) 623-6407 | TRADE DEBT | | | | $436,379.60 |
| ACCOUNT NO.<br><br>BUCKLEY, MIKE<br>ROUTE 2 BOX 284<br>WALLA WALLA, WA 99362 | BUCKLEY, MIKE<br>ROUTE 2 BOX 284<br>WALLA WALLA, WA 99362<br><br>(509) 529-2229, FAX#(509) 529-1848 | TRADE DEBT | | | | $416,278.68 |
| ACCOUNT NO.<br><br>BRINKERHOFF, GENE<br>680 LOORE ROAD<br>LOVELOCK, NV 89419 | BRINKERHOFF, GENE<br>680 LOORE ROAD<br>LOVELOCK, NV 89419<br><br>(775) 273-2522, FAX#(775) 273-3210 | TRADE DEBT | | | | $407,675.11 |

FORM B4
(6/90)

In re  AgriBioTech, Inc., a Nevada corporation                              Case No. 1
                              Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SMITH SEED SERVICES<br>P.O. BOX 288<br>26890 POWERLINE RD<br>HASLEY, OR 97348 | SMITH SEED SERVICES<br>P.O. BOX 288<br>26890 POWERLINE RD<br>HASLEY, OR 97348<br><br>(541) 369-2831, FAX#(541) 369-2757 | TRADE DEBT | | | | $400,678.68 |
| ACCOUNT NO.<br><br>BYERLEY FARMS<br>FARM CREDIT SERVICES<br>1039 BYERLEY ROAD<br>TOUCHET, WA 99360 | BYERLEY FARMS<br>FARM CREDIT SERVICES<br>1039 BYERLEY ROAD<br>TOUCHET, WA 99360<br><br>(509) 394-2378, FAX#(509) 394-0481 | TRADE DEBT | | | | $390,749.81 |
| ACCOUNT NO.<br><br>BRINKERHOFF SEED<br>INTERMOUNTAIN PRODUCTION<br>1050 RENNIE RD<br>LOVELOCK, NV 89419 | BRINKERHOFF SEED<br>INTERMOUNTAIN PRODUCTION<br>1050 RENNIE RD<br>LOVELOCK, NV 89419<br><br>(775) 273-2770 | TRADE DEBT | | | | $387,341.88 |
| ACCOUNT NO.<br><br>DUFF COMPANY, THE<br>11125 NORTH AMBASSADOR DRIVE<br>SUITE 200<br>KANSAS CITY, MO 64153 | DUFF COMPANY, THE<br>11125 NORTH AMBASSADOR DRIVE<br>SUITE 200<br>KANSAS CITY, MO 64153<br><br>(816) 891-8845, FAX#(816) 891-7576 | TRADE DEBT | | | | $359,519.52 |

## SUPPLEMENT TO LIST OF TWENTY LARGEST UNSECURED CREDITORS

The following parties may have claims arising from their purse or acquisition of stock in the Debtor. IN general, but subject to the actual contractual agreements between the parties, the Debtor has guaranteed that these parties will receive a certain amount for the sale of their stock. If these claims constitute general unsecured claims, then these parties would be listed on the twenty largest general unsecured creditor list. However, these claims may be subject to subordination under section 510(b) as claims for damages arising from the purchase or sale of a security. Accordingly, these claims are being separately listed on this addendum to the twenty largest general unsecured creditor list. The Debtor reserves all rights to contend that such claims are subject to 510(b) and their inclusion on this addendum is not intended to be a waiver of such right.

| Claimant | Nature of Claim | Amount |
|---|---|---|
| Bill Rose, LLC<br>P.O. Box 250<br>Hubbard, OR 97032 | Stock Opt Guarantee and Non-Compete | $485,732.89 |
| William Peterson<br>4502 E. Indigo Bay<br>Higley, AZ 85236 | Stock Opt Guarantee and Non-Compete | $377,402.00 |
| Kenneth Fox<br>5042 E. 16th Avenue<br>Apache Junction, AZ 85219 | Stock Opt Guarantee and Non-Compete | $376,402.00 |
| Bradley Geieler<br>4310 E. Tonto Street<br>Phoenix, AZ 85044 | Stock Opt Guarantee and Non-Compete | $375,088.00 |
| Phillip Hemminhaus<br>2452 W. Spruce Drive<br>Chandler,AZ 85248 | Stock Opt Guarantee and Non-Compete | $374,967.00 |
| Lafayette Franklin<br>P.O. Box 6056<br>Phoenix, AZ 85005 | Stock Opt Guarantee and Non-Compete | $373,978.00 |
| William Kunnari<br>5330 W. Rose Garden Lane<br>Glendale, AZ 85308 | Stock Opt Guarantee and Non-Compete | $373,896.00 |

Form B2
6/90

## Form 2. DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF <u>NEVADA</u>

In re <u>AGRIBIOTECH, INC., a Nevada corp.</u>,
                       Debtor

Case No. _____

Chapter   <u>11</u>_____

    I, <u>Randy Ingram, Chief Financial Officer of AgriBioTech, Inc.</u>
[the  president  or  other  officer  or  an  authorized  agent  of  the  corporation]  [or  a
member  or  an  authorized  agent  of  the  partnership]  named  as  the  debtor  in  this  case,
declare under penalty of perjury that I have read the foregoing <u>List of 20 Largest Unsecured</u>
<u>    Creditors and Supplemental List of 20 Largest Creditors</u>
[list or schedule or amendment or other document (describe)] and that it is true and correct to the best of
my  information  and  and  belief.

Date <u>January 25, 2000</u>

Signature _____

Randy Ingram
Chief Financial Officer

                 _____
                   (Print Name and Title)

B2

(CLERK'S STAMP)

**Name** <u>WILLIAM P. WEINTRAUB, ESQ. (SBN 108125)</u>
PACHULSKI, STANG, ZIEHL, YOUNG & JONES PC
**Address** <u>650 California Street, 15th Floor</u>
San Francisco, CA 94108

**Telephone** <u>(415) 263-7000</u>
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT FOR THE

**DISTRICT OF** <u>NEVADA</u>

**In re** AGRIBIOTECH, INC., a Nevada corporation

Case No. _____

**LIST OF EQUITY SECURITY HOLDERS**

**Debtor(s)**

(Set forth here all names, including trade names used by debtor(s) within last 6 years.)
**Social Security No.** _____
**Social Security No.** _____
**Debtor's Employer's Tax Identification No.** <u>85-0325742</u>

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| See attachment. | | | |

BK-1A

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 1

| PRT ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 191197 FREE TRADING | JUNE LIKOURINOU<br>1064 WEDRESS<br>BAD ADDRESS<br>LAS VEGAS NV 89119<br>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 | 51.0000 | 1 |
| 230578 ADD LOCK UP | KENNETH R BUDD & JANIE R BUDD<br>DAVID 9/30/98<br>DTD 9/30/98 BUDD & LOIS W BUDD IRE<br>C/O 200 WEST SECOND ST<br>**BAD ADDRESS<br>WINSTON-SALEM NC 27101<br>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 | 338.0000 | 1 |
| 230578 FREE TRADING | KENNETH R BUDD & JANIE R BUDD<br>DAVID L BUDD & LOIS W BUDD IRE<br>DTD 9/30/98<br>C/O 200 WEST SECOND ST<br>**BAD ADDRESS<br>WINSTON-SALEM NC 27101<br>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 | 13,188.0000 | 1 |
| 230578 REST & ADD LOCK | KENNETH R BUDD & JANIE R BUDD<br>DAVID L BUDD & LOIS W BUDD IRE<br>DTD 9/30/98<br>C/O 200 WEST SECOND ST<br>**BAD ADDRESS<br>WINSTON-SALEM NC 27101<br>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 | 13,526.0000 | 2 |
| 166616 FREE TRADING | HERSCHEL G ABBOTT &<br>BETH L ABBOTT JTTEN<br>78 MONTAGUE RD<br>LEVERETT MA 01054<br>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 | 4,000.0000 | 3 |
| 207941 FREE TRADING | PETER ABERLE &<br>JANIS ABERLE JTTEN<br>6035 W QUAIL AVE<br>LAS VEGAS NV 89118<br>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 | 600.0000 | 2 |
| 219119 FREE TRADING | ROBERT W ADELMAN<br>1588 PERU CENTER RD<br>WILLARD OH 44890<br>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 | 100.0000 | 1 |
| 225832 FREE TRADING | ROBERT W ADELMAN<br>1585 PERU CENTER RD<br>WILLARD OH 44890<br>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 | 100.0000 | 1 |
| 214262 FREE TRADING | LOIS B AGRAN TR UA 12/1/95 | 500.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 2

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 214263 FREE TRADING | LOIS B AGRAN TRUST<br>4031 RIDGE AVE<br>ARLINGTON HEIGHTS IL 60004<br>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 | 200.0000 | 1 |
| 134747 FREE TRADING | MARTIN S AGRAN CUST BENT E AGR<br>UNDER THE IL UNIF TRAM MIN ACT<br>4031 RIDGE AVE<br>ARLINGTON HEIGHTS IL 60004<br>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 | 100.0000 | 1 |
| 134748 FREE TRADING | JOSHUA ALBUS<br>3412 SOUTH EAST 11TH<br>BAD ADDRESS<br>GRESHAM OR 97030<br>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 | 100.0000 | 1 |
| 134742 FREE TRADING | MARK ALBUS<br>3412 SOUTH EAST 11TH<br>BAD ADDRESS<br>GRESHAM OR 97030<br>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 | 500.0000 | 1 |
| 209124 FREE TRADING | SUSAN ALBUS<br>1063 CAMINO RICARDO<br>**UPDT 12/7/98**<br>SAN JOSE CA 95125<br>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 | 30.0000 | 1 |
| 134752 RESTRICT | KRISTY SUE DERR CUST ALIVIA<br>MARGARET DERR UNDER THE PA UNI<br>657 CRICKET AVE<br>ARDSLEY PA 19038<br>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 | 250.0000 | 1 |
| 213949 FREE TRADING | SULIEMAN A ALLEN<br>746 ALCATRAZ<br>** BAD ADDRESS<br>OAKLAND CA 94609<br>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 | 300.0000 | 1 |
| 241593 FREE TRADING | GEORGE D ALSTON &<br>CHARLOTTE ALSTON JT TEN<br>122 HERITAGE WAY<br>STEPHENVILLE TX 76401<br>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 | 100.0000 | 1 |
| 269528 FREE TRADING | JEANNE F AMES<br>BOX 36<br>BOWLING GREEN VA 22427<br>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 | 225.0000 | 1 |
| | JAMES BLAISE ANDRASON | | |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 3

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---------|--------------|--------------|-------------|
| 231637 FREE TRADING | 350 WELLS CROSSING BLVD<br>APT 619<br>ORANGE PARK FL 32073<br>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 | 100.0000 | 1 |
| 213348 FREE TRADING | ANDREW SEED CO<br>580 S OREGON ST<br>ONTARIO OR 97914<br>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 | 200.0000 | 2 |
| 271459 FREE TRADING | KAREN F ARCOTTA &<br>RICHARD J BABA JT TEN<br>3695 E QUAIL AVE<br>LAS VEGAS NV 89120<br>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 | 100.0000 | 1 |
| 217981 FREE TRADING | JOSEPH ARENA<br>4857 S TORREY PINES DR 204<br>LAS VEGAS NV 89103<br>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 | 200.0000 | 1 |
| 206055 FREE TRADING | EDMUND G ARNOLD &<br>NORMA F ARNOLD JT TEN<br>103 CIRCUIT DR<br>RIVERSIDE RI 02915<br>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 | 250.0000 | 1 |
| 199006 FREE TRADING | LINEA ASPESI<br>75 GRAFIELD ST<br>BAD ADDRESS<br>MARBLEHEAD MA 01945<br>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 | 1,000.0000 | 1 |
| 229195 FREE TRADING | ECT-LXC ASSC<br>58 NORTH RACEBROOK RD<br>WOODBRIDGE CT 06525<br>06-1358004 | 150.0000 | 1 |
| 273129 FREE TRADING | RICHARD BROOKS ATWOOD II<br>BOX 658<br>FLINT TX 75762<br>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 | 100.0000 | 1 |
| 134674 RESTRICT | MICHAEL BAILEY<br>7932 THORNE PINE AVE<br>LAS VEGAS NV 89131<br>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 | 500.0000 | 1 |
| | JENNIFER BAKER<br>6525 N STATE HWY Z<br>WILLARD MO 65781<br>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 | | |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 4

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 134675 RESTRICT | SAMANTHA BAKER<br>6525 N STATE HWY Z<br>WILLARD MO 65781<br>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 | 500.0000 | 1 |
| 134673 RESTRICT | SARAH BAKER<br>6525 N STATE HWY Z<br>WILLARD MO 65781<br>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 | 500.0000 | 1 |
| 219986 FREE TRADING | ROBERT BALLOU<br>1174 WESTMINSTER LN<br>ELK GROVE VLG IL 60007<br>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 | 25.0000 | 1 |
| 221462 FREE TRADING | TRAVIS J BARRAIOW<br>4125 BASSWOOD<br>NEWAYGO MI 49337<br>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 | 60.0000 | 1 |
| 205833 FREE TRADING | RON BENNETT &<br>SUSN BENNETT JTWROS<br>1900 SYPGLASS DR<br>HENDERSON NV 89014<br>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 | 1,000.0000 | 1 |
| 168717 FREE TRADING | RONNIE L BENNETT<br>1900 SPYGLASS DR<br>HENDERSON NV 89014<br>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 | 125.0000 | 1 |
| 203493 FREE TRADING | RONNIE L BENNETT &<br>SUSAN S BENNETT JTTEN<br>1900 SPYGLASS DR<br>HENDERSON NV 89014<br>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 | 775.0000 | 1 |
| 223241 FREE TRADING | LARRY BERGAMINI<br>3704 TAN BARK COURT<br>LOUISVILLE KY 40220<br>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 | 2,200.0000 | 1 |
| 225827 FREE TRADING | STEPHEN PAUL BERNSTEIN<br>990 CENTURY OAKS DR<br>BALLWIN MO 63021<br>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 | 100.0000 | 1 |
| 229878 FREE TRADING | ALBERT AUGUST BERTE &<br>ALICE E BERTE JT TEN<br>BOX 51<br>LIVERMORE IA 50558<br>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 | 425.0000 | 2 |

01/21/00 FRI 17:12 FAX 702 388 2461 ABT/TIFFANY

@006

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 5

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 271124 FREE TRADING | CLARENCE M BERTE<br>BOX 267<br>LIVERMORE IA 50558<br>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 | 900.0000 | 1 |
| 225575 FREE TRADING | MARK ALBERT BERTE<br>206 8TH AVE E<br>CRESCO IA 52136<br>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 | 750.0000 | 3 |
| 236581 FREE TRADING | WILLIAM J BORSEN &<br>BEVERLY A BORSEN JT TEN<br>405 DEVONSHIRE<br>WATERLOO IA 50701<br>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 | 100.0000 | 1 |
| 213446 FREE TRADING | JAMES R BORGERDING<br>8963 CHEROKEE TRAIL<br>TYLER TX 75703<br>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 | 500.0000 | 1 |
| 209451 FREE TRADING | BOSQUE FAMILY LIMITED PARTNERS<br>3320 MONTECITO DRIVE<br>LAS VEGAS NV 89120<br>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 | 147,833.0000 | 3 |
| 27836 FREE TRADING | PAMELA BOTHWELL<br>1522 N FAIRFAX AVE<br>RED BET 8 3 99<br>LOS ANGELES CA 90046 | 300.0000 | 1 |
| 27406 FREE TRADING | WILLIAM BOTHWELL<br>1522 N FAIRFAX AVE<br>RED BET 7 27 99<br>LOS ANGELES CA 90046 | 300.0000 | 1 |
| 220732 FREE TRADING | MARTHA BOYD<br>11303 NADORFF RD<br>GREENVILLE IN 47124<br>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 | 200.0000 | 1 |
| 205969 FREE TRADING | DONALD J BREHEIM &<br>PATRICIA M BREHEIM JTTEN<br>2400 SHADY VISTA DR<br>LAS VEGAS NV 89134<br>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 | 100.0000 | 1 |
| 225245 FREE TRADING | JEFFREY J BROTZMAN<br>6899 CHAPEL RD<br>MADISON OH 44057<br>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 | 450.0000 | 5 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 6

| PRT ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 212332 FREE TRADING | HOWARD BROWN<br>5220 E 8TH ST<br>TUCSON AZ 85711<br>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 | 50.0000 | 1 |
| 250293 FREE TRADING | MAURICE BROWN &<br>LYDIA BROWN JT TEN<br>824 W 36TH ST<br>CHICAGO IL 60609<br>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 | 300.0000 | 1 |
| 226316 FREE TRADING | RICKY K BROWN CUST<br>SARA BROWN UGMA NC<br>3054 WAMATH DR<br>CHARLOTTE NC 28210<br>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 | 60.0000 | 1 |
| 226318 FREE TRADING | RICKY K BROWN CUST<br>GRAYSON BROWN UGMA NC<br>3054 WAMATH DR<br>CHARLOTTE NC 28210<br>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 | 40.0000 | 1 |
| 240984 FREE TRADING | CHARLES K BRYAN &<br>IRENE BRYAN JT TEN<br>BOX 126<br>GRASONVILLE MD 21638<br>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 | 100.0000 | 1 |
| 219573 FREE TRADING | JAMES R BUCKLEY<br>252 RANDOLPH ST<br>S WEYMOUTH MA 02190<br>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 | 125.0000 | 1 |
| 237870 REST & ADD LOCK | AMY KATHRYN BUDD<br>C/O GERALD CHRISCO<br>PO BOX 25128<br>WINSTON-SALEM NC 27114<br>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 | 135,259.0000 | 2 |
| 210763 ADD LOCK UP | JOHN D BUDD<br>321 ROOSTER TRAIL<br>ADVANCE NC 27006<br>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 | 4,857.0000 | 1 |
| 210763 REST & ADD LOCK | JOHN D BUDD<br>321 ROOSTER TRAIL<br>ADVANCE NC 27006<br>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 | 4,857.0000 | 1 |
| 210763 RESTRICT | JOHN D BUDD<br>321 ROOSTER TRAIL<br>ADVANCE NC 27006<br>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 | 378,871.0000 | 2 |

# SHAREHOLDER LIST FOR ABT AS OF 12/31/99   PAGE   7

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 210766 ADD LOCK UP | KENNETH R BUDD<br>128 HAYWORD<br>ADVANCE NC 27006<br>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 | 57,117.0000 | 4 |
| 210766 REST & ADD LOCK | KENNETH R BUDD<br>128 HAYWORD<br>ADVANCE NC 27006<br>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 | 4,366.0000 | 2 |
| 10766 RESTRICT | KENNETH R BUDD<br>128 HAYWORD<br>ADVANCE NC 27006<br>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 | 85,118.0000 | 1 |
| 233226 FREE TRADING | MARY LYNCH BUDD<br>200 WEST SECOND ST<br>WINSTON-SALEM NC 27102<br>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 | 100,259.0000 | 1 |
| 233226 REST & ADD LOCK | MARY LYNCH BUDD<br>200 WEST SECOND ST<br>WINSTON-SALEM NC 27102<br>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 | 35,000.0000 | 1 |
| 233226 RESTRICT | MARY LYNCH BUDD<br>200 WEST SECOND ST<br>WINSTON-SALEM NC 27102<br>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 | 95,259.0000 | 1 |
| 210761 ADD LOCK UP | RICHARD P BUDD<br>P O BOX 25124<br>WINSTON-SALEM NC 27114<br>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 | 8,992.0000 | 1 |
| 210761 REST & ADD LOCK | RICHARD P BUDD<br>P O BOX 25124<br>WINSTON-SALEM NC 27114<br>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 | 9,992.0000 | 1 |
| 210761 RESTRICT | RICHARD P BUDD<br>P O BOX 25124<br>WINSTON-SALEM NC 27114<br>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 | 701,368.0000 | 2 |
| 210764 REST & ADD LOCK | THEODORE P BUDD<br>201 ROOSTER TRAIL<br>ADVANCE NC 27006<br>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 | 3,381.0000 | 1 |
| 210764 RESTRICT | THEODORE P BUDD | 131,878.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 8

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---------|--------------|--------------|-------------|
| 210433 FREE TRADING | 201 ROOSTER TRAIL<br>ADVANCE NC 27006<br>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 | 200.0000 | 1 |
| 230601 FREE TRADING | GEORGE BUND &<br>VIRGINIA BUND JT TEN<br>37105 SE LISTED RD<br>BORING OR 97009<br>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 | 150.0000 | 1 |
| 221961 FREE TRADING | GEORGE BUND<br>37105 SE LISTED ROAD<br>BORING OR 97009<br>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 | 50.0000 | 1 |
| 204540 FREE TRADING | MICHAEL R BUTCHKO<br>2442 CRIPPLE CREEK DR<br>SAINT LOUIS MO 63129<br>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 | 500.0000 | 1 |
| 199752 FREE TRADING | MARY LOUISE BUTT<br>1218 KENSINGTON DR<br>CHARLESTON SC 29407<br>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 | 1,500.0000 | 1 |
| 220112 FREE TRADING | C HARRY & AVALON M JONES TRUST<br>UA 11-28-95 C/HARRY OR AVALON<br>N16007<br>AMBERG WI 54102<br>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 | 50.0000 | 1 |
| 225959 FREE TRADING | DORIS B CALDWELL<br>984 MCEVERS RD<br>MEMPHIS TN 38111<br>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 | 100.0000 | 1 |
| 225833 FREE TRADING | WILLIAM R CAMERER III<br>RR1 BOX 424A<br>JERSEY SHORE PA 17740<br>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 | 300.0000 | 1 |
| 209573 FREE TRADING | ANTHONY CAMPAGNA &<br>KRISTINA CAMPAGNA JT TEN<br>3260 W MT KIRK AVE<br>EAGLEVILLE PA 19403<br>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 | 100.0000 | 2 |
| 220111 FREE TRADING | IMMACULATA CARLETTO<br>66 CRISFIELD ST<br>YONKERS NY 10710<br>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<br>JOHN T CARTER III & | 250.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 9

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 14760 FREE TRADING | EILEEN H CARTER JT TEN<br>4795 ROSWELL DR<br>MEMPHIS TN 38141<br>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 | | |
| | CEDE & CO<br>P O BOX 222<br>BOWLING GREEN STATION<br>DIST SHARES OF VANG RETURNED 9<br>NEW YORK NY 10274<br>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 | 41,804,830.0 | 244 |
| 07708 FREE TRADING | DOUGLAS P CERANSKE &<br>SHIRLEY G CERANSKE JTTEN<br>8460 WOODMERE SQ<br>WIND LAKE WI 53185<br>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 | 500.0000 | 2 |
| 273128 FREE TRADING | CHARLES CHANDLER<br>5325 GREAT HORIZON DR<br>LAS VEGAS NV 89149<br>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 | 400.0000 | 1 |
| 235022 FREE TRADING | DALE H CHAPMAN SR &<br>SHIRLEY CHAPMAN JT TEN<br>5592 STANLEY RD<br>COLUMBIAVILLE MI 48421<br>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 | 2,000.0000 | 1 |
| 226197 FREE TRADING | PO TIM CHAU &<br>AGNES CHAU TEN COM<br>3917 MAPLE<br>ODESSA TX 79762<br>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 | 200.0000 | 1 |
| 228885 FREE TRADING | THADD L CHEATHAM &<br>ROSE CHEATHAM JT TEN<br>1702 ARMSTRONG LN<br>MT WASHINGTON KY 40047<br>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 | 500.0000 | 3 |
| 212521 FREE TRADING | YIM S CHEUNG &<br>LISA CHEUNG JT TEN<br>1291 UNION ST<br>SAN FRANCISCO CA 94109<br>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 | 100.0000 | 1 |
| 235520 FREE TRADING | TOM TR CHOW<br>1101 W IOWA AVE<br>SUNNYVALE CA 94086<br>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 | 300.0000 | 1 |
| 210765 ADD LOCK UP | GERALD L CHRISCO | 1,056.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 10

| PRT ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 210765 REST & ADD LOCK | 2611 BURKE FARM ROAD<br>CLEMMONS NC  27012<br>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 | 1,056.0000 | 1 |
| 219201 FREE TRADING | GERALD L CHRISCO<br>2611 BURKE FARM ROAD<br>CLEMMONS NC  27012<br>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 | 41,168.0000 | 1 |
| 2107765 RESTRICT | GERALD L CHRISCO<br>2611 BURKE FARM ROAD<br>CLEMMONS NC  27012<br>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 | 100.0000 | 1 |
| 219201 FREE TRADING | ANTHONY CIARAMELLA &<br>ROSE CIARAMELLA JT TEN<br>5060 SW 10TH CT<br>MARGATE FL 33068<br>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 | 100.0000 | 1 |
| 273524 FREE TRADING | BOB CIPPELE JR<br>BOX 5419<br>LONGVIEW TX  75608<br>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 | 4,516.0000 | 1 |
| 197023 RESTRICT | BRENT CLARK<br>8865 S BRUCE<br>LAS VEGAS NV  89123<br>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 | 16,560.0000 | 1 |
| 173526 RESTRICT | FRED L CLARK &<br>JANICE H CLARK JTTEN<br>10092 DUCK LANE<br>NAMPA ID 83686<br>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 | 100.0000 | 1 |
| 243445 FREE TRADING | C CROCKETT COBBLE<br>1000 RIVER HILLS CIRCLE<br>CHATTANOOGA TN  37415<br>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 | 5,500.0000 | 2 |
| 229108 FREE TRADING | TERRELL COLEMAN<br>12 UNDERWOOD<br>BAD ADDRESS<br>MARSHALL, TX  75672<br>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 | 400.0000 | 2 |
| 234908 FREE TRADING | KEITH COLLINS<br>770 STRINGER LANE<br>MT WASHINGTON KY  40047<br>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 | 100.0000 | 1 |
| 250292 FREE TRADING | MARILYN S COLLINS & | | |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 11

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 134716 RESTRICT | ANTHONY CONFORTI<br>PO BOX 4970<br>ALBUQUERQUE NM 87196<br>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 | 1,000.0000 | 1 |
| 225247 FREE TRADING | ZOLLIE A COLLINS JR JT TEN<br>3047 FERNCLIFF RD<br>CHARLOTTE NC NC 28211<br>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 | 100.0000 | 1 |
| 225248 FREE TRADING | DAVID C CONNORS &<br>RONALD W CONNORS JT TEN<br>3451 N VANDYKE RD<br>FILION MI 48432<br>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 | 100.0000 | 1 |
| 246906 FREE TRADING | DAVID C CONNORS &<br>TRUDY E YAROCH JT TEN<br>3451 N VANDYKE RD<br>FILION MI 48432<br>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 | 100.0000 | 1 |
| 220109 FREE TRADING | GINNY M COOK CUST<br>KIMBERLY COOK UGMA CA<br>12580 CRIMSON COURT<br>AUBURN CA 95603<br>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 | 2,000.0000 | 2 |
| 316524 FREE TRADING | JOHN H COOMBS<br>18 RTE 77<br>ELMER NJ 08318<br>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 | 500.0000 | 1 |
| 225960 FREE TRADING | LETHA R COON<br>4607 NEWCASTLE<br>TYLER TX 75703<br>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 | 200.0000 | 1 |
| 228856 FREE TRADING | MICHAEL ROBERT COUGHLIN<br>4081 ROSE AVE<br>WESTERN SPRINGS IL 60558<br>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 | 200.0000 | 1 |
| 162705 FREE TRADING | STEPHEN H COX &<br>CHRISTINA COX JT TEN<br>8949 HICKORY HILL LN<br>KNOXVILLE TN 37922<br>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<br>CRICKET TRUST<br>1969 REVERE COURT<br>HENDERSON NV 89014<br>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 | 15,385.0000 | 1 |

PRT.ACT

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 12

| | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 205872 FREE TRADING | LUIS A CUEVAS & <br> MAPI M CUEVAS JTTEN <br> 9507 SW CUEVAS WAY <br> GAINESVILLE FL 32608 <br> 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 | 200.0000 | 2 |
| 208172 FREE TRADING | DANIEL Z DALLAS & <br> RAMONA G DALLAS JTTEN <br> 70 UTZ DR <br> FLORENCE KY 41042 <br> 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 | 60.0000 | 1 |
| 48973 FREE TRADING | FRANK C DAMEWOOD <br> BOX 42604 <br> LAS VEGAS NV 89104 <br> 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 | 100.0000 | 2 |
| 204868 FREE TRADING | ADELAIDA DAMIAN <br> 140 LANTERN LANE <br> ROCHESTER NY 14623 <br> 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 | 1,000.0000 | 1 |
| 208853 FREE TRADING | G MERRILL DAVIS III <br> C/O STONE BROS & BYRD <br> BOX 5657 <br> 700 WASHINGTON ST <br> DURHAM NC 27002 <br> 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 | 30.0000 | 2 |
| 208854 FREE TRADING | ROBERT HUNTLEY DAVIS <br> C/O GEORGE M DAVIS JR STONE <br> BROS & BYRD <br> BOX 5657 700 WASHINGTON ST <br> DURHAM NC 27702 <br> 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 | 30.0000 | 2 |
| 219306 FREE TRADING | WILBUR O DAVIS & <br> FRANCES M DAVIS JT TEN <br> 1206 FARMER <br> CLEVELAND MS 38732 <br> 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 | 200.0000 | 1 |
| 220003 FREE TRADING | DB-CAR INVESTMENTS LTD <br> 29 LONE HOLLOW DR <br> SANDY UT 84092 <br> 87-0553870 | 462.0000 | 1 |
| 224653 FREE TRADING | DEBORAH BARKER TR DEBORAH <br> BARKER KEOGH PL UA 12/1/88 <br> 603 E 72ND <br> KANSAS CITY MO 64131 <br> 43-1491603 | 100.0000 | 1 |

PRT.ACT
- - - - - -

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 13

| NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|
| 220665 RESTRICT<br>AMY DECKAS<br>5100 GREEN FARMS RD<br>EDINA MN 55436<br>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 | 1,500.0000 | 3 |
| 219746 RESTRICT<br>AMY C DECKAS &<br>CHRISTOPHER C DECKAS JTTEN<br>5100 GREEN FARMS RD<br>EDINA MN 55436<br>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 | 8,500.0000 | 1 |
| 33171 FREE TRADING<br>H WAYNE DECKER<br>4052 PARKVIEW DR<br>SALT LAKE CITY UT 84124<br>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 | 1,000.0000 | 1 |
| 213347 FREE TRADING<br>MARINUS DE LINT &<br>CRESTA DE LINT JT TEN<br>6532¼ ALICELLANE<br>COVE OR 97824<br>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 | 50.0000 | 1 |
| 273130 FREE TRADING<br>JACQUELINE L DELP<br>18237 N 31ST ST<br>PHOENIX AZ 85032<br>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 | 100.0000 | 1 |
| 235518 FREE TRADING<br>JERRY DIEM &<br>BRIDGET DIEM JT TEN<br>SEAVIEW YELLOW WALLS<br>MALAHIDE CO<br>DUBLIN IRELAND RD<br>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 | 600.0000 | 1 |
| 234083 FREE TRADING<br>HERMAN M DIEMEL &<br>JOYCE DEIMEL JT TEN<br>202 ORION DR<br>LEBANON TN 37087<br>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 | 200.0000 | 1 |
| 173683 FREE TRADING<br>VINCENT A DISANTO<br>2250 E7 TROPICANA<br>STE 367<br>LAS VEGAS NV 89119<br>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 | 400.0000 | 2 |
| 198912 FREE TRADING<br>AUGUSTINE W DONOVAN &<br>CHERYL DONOVAN JTTEN<br>91 GRANT AVE<br>MEDFORD MA 02155<br>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 | 500.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 14

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---------|--------------|--------------|-------------|
| 212902 FREE TRADING | PATRICK T DOUGHERTY<br>110 HEMLOCK LANE<br>BUCK HILL FALLS PA 18323<br>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 | 1,000.0000 | 2 |
| 233779 FREE TRADING | LOREN DOWDALL<br>1510 E US HWY 136<br>CARTHAGE IL 62321<br>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 | 210.0000 | 1 |
| 194451 FREE TRADING | KENT E DRYSDALE III<br>918 RHYOLITE TERRACE<br>HENDERSON NV 89015<br>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 | 1,000.0000 | 1 |
| 246807 FREE TRADING | THOMAS DUNLEAVY<br>1141 DAVISVILLE RD<br>SOUTHAMPTON PA 18966<br>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 | 35.0000 | 1 |
| 236474 FREE TRADING | RUDY DURSO &<br>CARMELA V BENEDICT JT TEN<br>1714 N DECATUR BLVD 3<br>LAS VEGAS NV 89108<br>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 | 85.0000 | 1 |
| 238548 FREE TRADING | JERRY EBNER<br>7666 N 2856 RD<br>UTICA IL 61373<br>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 | 250.0000 | 1 |
| 236409 FREE TRADING | BERNICE EDELCREEK<br>98 FIELDSTONE DR<br>SPRINGFIELD NJ 07081<br>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 | 500.0000 | 1 |
| 272841 FREE TRADING | JASON MANNING EDENS<br>BOX 5205<br>COLUMBIA SC 29250<br>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 | 33.0000 | 1 |
| 210526 FREE TRADING | EDER LIMB & TRUCK SERVICE<br>A PARTNERSHIP<br>E9361 490TH AVE<br>ELK MOUND WI 54739<br>39-1306019 | 100.0000 | 2 |
| 231179 FREE TRADING | LOUIS L ELLOIE JR<br>9323 BLACK HILL WAY<br>SAN DIEGO CA 92129<br>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 | 218.0000 | 1 |

SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE 15

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---------|--------------|--------------|-------------|
| 218781 FREE TRADING | MICHAEL ENGLAND<br>1631 HARDYVILLE RD<br>MUNFORDVILLE KY 42765<br>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 | 100.0000 | 1 |
| 91002 FREE TRADING | MARTHA ESPESET<br>C/O 323 E MATILIJA<br>SUITE 212 BOX 141<br>BAD ADDRESS<br>OJAI CA 93023 | 300.0000 | 1 |
| 90712 FREE TRADING | NICHOLAS ESPESET<br>8 MELIA DR<br>**UPDT 3/4/99**<br>SANTA FE NM 87505 | 300.0000 | 3 |
| 220666 RESTRICT | RON EVANS<br>6535 HARBOR PLACE<br>PRIOR LAKE MN 55372<br>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 | 1,500.0000 | 1 |
| 219747 REST & ADD LOCK | RONALD E EVANS &<br>KATHLEEN A EVANS<br>6535 HARBOR PLACE<br>PRIOR LAKE MN 55372<br>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 | 18,500.0000 | 1 |
| 225810 FREE TRADING | PAUL LEE EVERETT III &<br>BETTY W EVERETT JT TEN<br>8957 LANSDOWNE CT<br>ELK GROVE CA 95624<br>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 | 200.0000 | 1 |
| 153833 FREE TRADING | EXCALIBUR TRUST<br>C/O JOHN FRANCIS<br>1969 REVERE COURT<br>HENDERSON NV 89014<br>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 | 25,000.0000 | 1 |
| 212971 FREE TRADING | MARY LOVE EYSTER<br>1504 STRATFORD RD SE<br>DECATUR AL 35601<br>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 | 300.0000 | 1 |
| 272233 FREE TRADING | MARK S FARNSWORTH<br>BOX 206<br>PILOT MOUNTAIN NC 27041<br>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 | 200.0000 | 1 |
| 225828 FREE TRADING | CARMEL R FEDORS<br>11947 CAMERIDGE RD<br>SAN DIEGO CA 92128<br>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 | 100.0000 | 1 |

```
PRT ACT      SHAREHOLDER LIST FOR ABT AS OF 12/31/99 PAGE  16
--------     NAME/ADDRESS                                     TOTAL SHARES    TOTAL CERTIS
             ------------                                     ------------    ------------

225608 FREE TRADING    JOHN W FEDORS                           100.0000           1
                       11947 CANBRIDGE RD
                       SAN DIEGO CA  92128
                       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

197455 FREE TRADING    LEONA FIELDS                            300.0000           1
                       3016 MERIMAR DR
                       LAS VEGAS NV  89134
                       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

214962 FREE TRADING    THOMAS F FITCH II                       200.0000           1
                       199 SPRING CREEK RD
                       BARRINGTON IL  60010
                       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

227860 FREE TRADING    RICHARD FITZGIBBONS &                   200.0000           1
                       MYRNA LEE FITZGIBBONS JT TEN
                       3415 BRYAN ST
                       RENO NV  89503
                       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

205366 FREE TRADING    FRANCES FLORIO                          100.0000           1
                       3141 N IRIS AVE
                       VISALIA CA  93277
                       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

210793 FREE TRADING    TEA CUPS FLP                          2,000.0000           1
                       1969 REVERE CT
                       HENDERSON NV  89014
                       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

191051 FREE TRADING    HENRY J LETARTE CUST FOREST H           120.0000           1
                       LETARTE UNDRR THE NH UNIF TRAN
                       RFD 1 BOX 173
                       CENTER HARBOR NH  03226
                       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

237977 FREE TRADING    DOUGLAS FORRESTER                       100.0000           1
                       994 MAULDIN RD
                       SAUTEE GA  30571
                       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

208353 FREE TRADING    T JACK FOX &                          1,000.0000           1
                       FRANCES K FOX JTTEN
                       1012 RIDGEWOOD DR NE
                       LENOIR NC  28645
                       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

134718 FREE TRADING    KARRINA N FRANCIS                     4,500.0000           1
                       1969 REVERE COURT
                       HENDERSON NV  89014
                       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
```

SHAREHOLDER LIST FOR ABT AS OF 12/31/99   PAGE   17

| PRT.ACT | NAME/ADDRESS | TOTAL SHARES | TOTAL CERTS |
|---|---|---|---|
| 134731 RESTRICT | LEE FRANCIS III<br>9 EAST BURNAM ROAD<br>BAD ADDRESS<br>COLUMBIA MO       65203-3511<br>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 | 500.0000 | 1 |
| 134732 RESTRICT | MARY FRANCIS<br>9 EAST BURNAM ROAD<br>BAD ADDRESS<br>COLUMBIA MO       65203-3511<br>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 | 500.0000 | 1 |
| 9715 FREE TRADING | HOWARD FRANK<br>1401 OCEAN AVE<br>BROOKLYN NY  11230<br>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 | 1,000.0000 | 1 |
| 225394 FREE TRADING | FRANK VALENTI & NANCY<br>VALENTI & JOHN VALENTI JT TEN<br>405 N OCEAN BLVD 1107<br>POMPANO BEACH FL  33062<br>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 | 50.0000 | 1 |
| 197922 FREE TRADING | MARION R FRANKEL<br>4702 S FOUNTAINS DR<br>LAKE WORTH FL  33467<br>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 | 100.0000 | 1 |
| 228365 FREE TRADING | WENDELL K FREDERICKS &<br>DAISY M FREDERICKS JT TEN<br>30096 SPRING RIVER DR<br>SOUTHFIELD MI  48076<br>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 | 100.0000 | 1 |
| 70970 FREE TRADING | SANDY J FRIEDMAN<br>5737 DUNWOODY<br>MEMPHIS TN  38120<br>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 | 500.0000 | 1 |
| 271915 FREE TRADING | LAWRENCE D GADY &<br>BETTY J GADY JT TEN<br>16909 S HARVARD RD<br>ROCKFORD WA  99030<br>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 | 150.0000 | 1 |
| 248045 FREE TRADING | NANCY GALLO &<br>GEOFFREY O'SULLIVAN JT TEN<br>236 E DEVONIA AVE<br>MT VERNON NY  10552<br>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 | 500.0000 | 1 |
| 208943 FREE TRADING | MARVIN R GANT & | 100.0000 | 2 |