**ORIGINAL**

WILLIAM P. WEINTRAUB, ESQ. (SBN 108125)
JEFFREY N. POMERANTZ, ESQ. (SBN 143717)
MALHAR S. PAGAY, ESQ. (SBN 189289)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
650 California Street, 15th Floor
San Francisco, CA 94108
Telephone:  (415) 263-7000
Facsimile:  (415) 263-7010

JAMES PATRICK SHEA, (SBN 0405)
CANDACE CARLYON, (SBN 02666)
SHEA & CARLYON, LTD
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone:  (702) 471-7432
Facsimile:  (702) 471-7435

[Proposed] Attorneys for Debtor in Possession
AgriBioTech, Inc., a Nevada corporation

**ENTERED JAN 2 5 2000**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

SOUTHERN DIVISION

In re

AGRIBIOTECH, INC., a Nevada corporation,

Debtor.

Federal Tax I.D.#85-0325742

Bankruptcy 00 10533 LE

Chapter 11

ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1015(b)

DATE:  N/A
TIME:  N/A

C:\MY DOCUMENTS\8467.DOC
01/24/00 1:37 PM

This matter came before the court on the Motion for Order Directing Joint Administration of Related Cases Pursuant to Federal Rules of Bankruptcy Procedure 1015(b) (the "Motion") filed by AgriBioTech, a Nevada corporation ("ABT") debtor and debtor in possession in the above captioned chapter 11 case. William P. Weintraub and Jeffrey N. Pomerantz of Pachulski, Stang, Ziehl, Young and Jones, P.C. appeared on behalf of ABT. Other appearances were made as reflected on the record.

The Court has reviewed the Motion, the declaration in support thereof, and the pleadings and papers on file in this case, and has determined that notice of the Motion was appropriate under the circumstances. Based on the foregoing, and for other good cause appearing, the Court finds that the relief requested in the Motion is in the best interest of ABT and its affiliated subsidiaries, bankruptcy estates, and therefore:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion is approved;

2. ABT's chapter 11 case shall be jointly administered under the case of ABT, with the following related cases (collectively, the "Debtors"):

    AGRIBIOTECH CANADA, INC., a Canadian corporation
    LAS VEGAS FERTILIZER CO., INC., a Nevada corporation
    GARDEN WEST DISTRIBUTORS, INC., an Arizona corporation
    GEO W. HILL & CO., INC., a Kentucky corporation

3. The Court shall hereafter maintain a single pleading docket for the filing of all pleadings with respect to the Debtors' chapter 11 estates (<u>excluding</u>, subject to further order of this Court, the listing of filed claims);

4. All captions referring to any or all of the above listed cases shall be captioned in the form set forth on **Exhibit "A"** hereto.

5.  Debtors shall serve a Notice of Joint Administration of Related Cases Pursuant to Federal Rules of Bankruptcy Procedure 1015(b) in the form attached as **Exhibit "B,"** concurrently with the Notice at the §341(a) examination.

Dated: January 25, 2000

_____
United States Bankruptcy Judge

Submitted by:

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

and

SHEA & CARLYON, LTD.

By _____
Jeffrey N. Pomerantz
California Bar No. 143717
Pachulski, Stang, Ziehl, Young & Jones P.C.
650 California Street, 15th Floor
San Francisco, CA 94108

and

Candace Carlyon,
Nevada Bar No. 02666
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

[Proposed] Attorneys for Debtor in Possession
AgriBioTech, Inc., a Nevada corporation

REVIEWED:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____

C:\MY DOCUMENTS\8467.DOC
01/24/00 12:55 AM

-3-

A

| | |
|---|---|
| 1 | WILLIAM P. WEINTRAUB, ESQ. (SBN 108125) |
| | JEFFREY N. POMERANTZ, ESQ. (SBN 143717) |
| 2 | MALHAR S. PAGAY, ESQ. (SBN 189289) |
| | PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C. |
| 3 | 650 California Street, 15th Floor |
| | San Francisco, CA 94108 |
| 4 | Telephone: (415) 263-7000 |
| | Facsimile: (415) 263-7010 |
| 5 | |
| | JAMES PATRICK SHEA, ESQ. (SBN 0405) |
| 6 | CANDACE CARLYON, ESQ. (SBN 02666) |
| | SHEA & CARLYON, LTD |
| 7 | 233 S. Fourth Street, Suite 200 |
| | Las Vegas, NV 89101 |
| 8 | Telephone: (702) 471-7432 |
| | Facsimile: (702) 471-7435 |
| 9 | |
| | [Proposed] Attorneys for Debtors in Possession |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| In re | Bankruptcy No. _____ (AgriBioTech, Inc.) |
|---|---|
| AGRIBIOTECH, INC., a Nevada corporation, | Joint Administration With: |
| Debtor. | No. _____ (AgrioBioTech Canada) |
| Federal Tax I.D.#85-0325742 | No. _____ (Las Vegas Fertilizer Co.) |
| | No. _____ (Garden West Distributors, Inc.) |
| | No. _____ (Geo W. Hill & Co., Inc.) |

| | | |
|---|---|---|
| _X_ | Affects All Debtors | Chapter 11 |
| — | Affects AGRIBIOTECH CANADA, INC., a Canadian corporation, | |
| — | Affects LAS VEGAS FERTILIZER CO., INC., a Nevada corporation, | |
| — | Affects GARDEN WEST DISTRIBUTORS, INC., an Arizona corporation, | |
| — | Affects GEO W. HILL & CO., INC., a Kentucky corporation, | |

C:\MY DOCUMENTS\JOINT CAPTION.DOC
01/23/00 11:50 PM

-1-

EXHIBIT A

WILLIAM P. WEINTRAUB, ESQ. (SBN 108125)
JEFFREY N. POMERANTZ, ESQ. (SBN 143717)
MALHAR S. PAGAY, ESQ. (SBN 189289)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
650 California Street, 15th Floor
San Francisco, CA 94108
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

JAMES PATRICK SHEA, ESQ. (SBN 0405)
CANDACE CARLYON, ESQ. (SBN 02666)
SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

[Proposed] Attorneys for Debtor in Possession
AgriBioTech, Inc., a Nevada corporation

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## SOUTHERN DIVISION

| In re | Bankruptcy No. _____ (AgriBioTech, Inc.) |
|---|---|
| AGRIBIOTECH, INC., a Nevada corporation, | Joint Administration With: |
| Debtor. | No. _____ (AgrioBioTech Canada) |
| Federal Tax I.D.#85-0325742 | No. _____ (Las Vegas Fertilizer Co.) |
| | No. _____ (Garden West Distributors, Inc.) |
| _X_ Affects All Debtors | No. _____ (Geo W. Hill & Co., Inc.) |
| ___ Affects AGRIBIOTECH CANADA, INC., a Canadian corporation, | Chapter 11 |
| ___ Affects LAS VEGAS FERTILIZER CO., INC., a Nevada corporation, | **NOTICE OF JOINT ADMINISTRATION OF RELATED CASES PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1015(b)** |
| ___ Affects GARDEN WEST DISTRIBUTORS, INC., an Arizona corporation, | |
| ___ Affects GEO W. HILL & CO., INC., a Kentucky corporation, | |

C:\MY DOCUMENTS\8251.DOC
01/23/00 7:29 PM


EXHIBIT B

TO ALL CREDITORS, AND EQUITY SECURITY HOLDERS OF EACH OF THE DEBTORS' ESTATES, THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that AgriBioTech, a Nevada corporation ("ABT"), AgriBioTech Canada, Inc., a Canada corporation ("ABT Canada"), Las Vegas Fertilizer Co., Inc., a Nevada corporation ("LVF"), Garden West Distributors, Inc., an Arizona corporation ("GWD") and Geo. W. Hill & Co., Inc., a Kentucky corporation ("Garden West") (collectively the "Debtors"), are operating as debtors and debtors in possession under chapter 11 title 11 of the United States Code (the "Bankruptcy Code"). The Bankruptcy Court has approved joint administration of the cases in the following respects:

(1) <u>Pleadings:</u> All pleadings filed with the Clerk of the United States Bankruptcy Court (other than a Proof of Claim) shall be filed and maintained on a consolidated basis and shall have the caption set forth on Exhibit "A" (the "Joint Caption"). Each pleading shall indicate which Debtor is party to or affected by the subject filing.

(2) <u>Proofs of Claim.</u> Proofs of claim should not contain the Joint Caption and should be filed in the particular case against which estate such claim is asserted. Separate creditor registers will be maintained by the Clerk for each case.

(3) <u>United States Trustee's Reporting Requirements.</u> All reports and statements filed with the Office of the United States Trustee shall be filed separately for each Debtor and maintained for each Debtor.

C:\MY DOCUMENTS\8251.DOC
01/23/00 7:29 PM

-2-

(4) <u>Schedules of Assets and Liabilities</u>.  Each Debtor shall file separate Schedules of Assets and Liabilities and Statement of Financial Affairs.

Dated: January __, 2000

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.

AND

SHEA & CARLYON LTD.


By_____
Jeffrey N. Pomerantz
California Bar No. 143717
Pachulski, Stang, Ziehl, Young & Jones P.C.
650 California Street, 15th Fl.
San Francisco, CA  94108

Candace Carlyon
Nevada Bar No. 02666
Shea & Carlyon, Ltd.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

[Proposed] Attorneys for Debtors in Possession

C:\MY DOCUMENTS\8251.DOC
01/23/00 7:29 PM