ORIGINAL

JEFFREY N. POMERANTZ, ESQ. (SBN 143717)
PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C.
650 California Street, 15th Floor
San Francisco, CA 94108
Telephone: (415) 263-7000
Facsimile: (415) 263-7010

JAMES PATRICK SHEA, ESQ.
Nevada Bar No. 000405
SHEA & CARLYON, LTD.
233 S. Fourth Street, Suite 200
Las Vegas, NV 89101

Proposed Attorneys for Debtor in Possession
AgriBio Tech, Inc., a Nevada corporation

RECEIVED AND FILED
2000 JAN 25 PH 3: 55
UNITED STATES
BANKRUPTCY COURT
PATRICIA C. LAY, CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | ) Bankruptcy No. 00-10533-LBR |
|---|---|
| AGRIBIOTECH, INC., a Nevada corporation | ) Chapter 11 |
|  | ) DATE: OST REQUESTED |
|  | ) TIME: OST REQUESTED |
| Debtor. | ) |
| Federal Tax I.D. #85-0325742 | ) |

## DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for AgriBioTech, Inc. Debtor and Debtor-in-Possession ("Debtor") herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the client to designate James Patrick Shea and Candace C. Carlyon of the law firm of Shea & Carlyon, Ltd., attorneys at law, members of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in

DOCKETED OUT OF CHRONOLOGICAL ORDER
JAN 26 2000

18

1 | this action. The address of said designated Nevada Counsel is:

2 |   James Patrick Shea, Esq., Bar No. 000405
3 |   Candace C. Carlyon, Esq., Bar No. 002666
      SHEA & CARLYON, LTD.
4 |   233 South Fourth Street, Suite 200
      Las Vegas, NV 89101
5 |   Telephone: (702) 471-7432
      Facsimile: (702) 471-7435

6 |

7 | By this designation the undersigned attorneys and parties agree that all documents and

8 | other papers issued out of this Court in the above-entitled case may be served on the

9 | designated local counsel. Further, said local counsel shall be responsible for providing copies

10 | of the same to the co-counsel. Further, this designation constitutes agreement and

11 | authorization by the undersigned for the designated local counsel to sign stipulations binding

12 | on all of us. The time for performing any act under applicable Rule shall run from the date of

13 | service upon local counsel.

14 | DATED: 1/25/00

15 |

16 |                      PACHULSKI, STANG, ZIEHL, YOUNG & JONES, P.C.

17 |

18 |                      _____
                         JEFFREY N. POMERANTZ, ESQ.
19 |                      650 California Street, 15th Floor
                         San Francisco, CA 94108
20 |                      Telephone: (415) 263-7000
                         Facsimile: (415) 263-7010

21 |

28 |                                      2

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that they are responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that they are responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

DATED: 1/25/00

JAMES PATRICK SHEA, ESQ.

CANDACE C. CARLYON, ESQ.

3

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned parties appoint Shea & Carlyon, Ltd. as their Designated Nevada Counsel in this Case.

DATED this 25 day of January, 2000.

AGRIBIOTECH, INC. a Nevada Corporation

By: Randy Ingram
Its: Chief Financial Officer

APPROVED:

DATED: _____

PATRICIA GRAY, CLERK

BY: _____

4