R. PALMER CUNDICK, Assistant United States Trustee
State Bar #UT0779
BARRY H. JENKINS, Attorney-Advisor
State Bar #NV5027
J. MICHAL BLOOM, Attorney-Advisor
State Bar #NV4706
OFFICE OF THE UNITED STATES TRUSTEE
600 Las Vegas Blvd. So., #430
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658

Attorneys for Interim United States Trustee
   MAUREEN A. TIGHE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **AgriBioTech, Inc.,** | Case No.: BK-S - **00-10533 LBR** |
| **a Nevada corporation,** | Chapter 11 |
| Debtor. | |

## APPOINTMENT OF UNSECURED CREDITORS COMMITTEE

TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:

      Pursuant to Sections 1102(a)(1) and (2) of the Bankruptcy Code, the following unsecured creditors of the above named debtor who were unsecured creditors pre-petition and who are fairly chosen, representative of unsecured creditor interests, and willing to serve, are appointed to the Unsecured Creditors Committee in the above-entitled case:

Jim Collins  
Cenex Harvest States  
P. O. Box 49  
Madras, OR 97741  

(541) 475-3000  
(541) 475-6603 (fax)  

Kermit Erickson  
Norfarm Seeds  
P. O. Box 725  
Bemidji, MN 56601  

(218) 751-8617  
(218) 751-0485 (fax)

| | |
|---|---|
| Daniel Hetrick, Vice President<br>Hetrick Brothers<br>P. O. Box 269<br>Orvada, NV 89425 | Mary J. Duff<br>Duff Company<br>11125 NW Ambassador Dr.#200<br>Kansas City, MO 64153 |
| (775) 272-3206<br>(775) 272-3255 (fax) | (816) 891-8845 or (816)305-0680<br>(816) 891-7576 (fax) |
| Eugene C. Zeigler<br>Zeigler Farms LLC<br>P. O. Box 71<br>Rickreall, OR 97371 | John O. Seasholtz<br>Seasholtz Farms & Mendota Land Co<br>4965 N. Crystal Avenue<br>Fresno, CA 93705-0225 |
| (503) 623-6407<br>Call before sending FAX | (559) 229-0453<br>(559) 229-2593 (fax) |
| Ray Gross<br>Ray Gross Farms<br>20705 Travis Rd.<br>Wilder, ID 83676 | |
| (208) 880-6070<br>(208) 482-7511 (fax) | |

Respectfully submitted,

Date Jan. 27, 2000

Ronald P. Cundick
Assistant United States Trustee

## DECLARATION OF SERVICE

The undersigned hereby certifies that a copy of the attached Notice of Appointment of Unsecured Creditors was served on <u>January 29, 2000</u> by depositing a copy in the United States Mail, postage prepaid, to the following:

Jim Collins
Cenex Supply & Marketing
P. O. Box 49
Madras, OR 97741

Kermit Erickson
Norfarm Seeds
P. O. Box 725
Bemidji, MN 56601

Daniel Hetrick, Vice President
Hetrick Brothers
P. O. Box 269
Orvada, NV 89425

Ray Gross
Ray Gross Farms
20705 Travis Rd.
Wilder, ID 83676

Jeffrey N. Pomerantz, Esq.
Pachulski, Stang et al
Century City north Building
10100 Santa Monica Blvd #1100
Los Angeles, CA 90067

John Seasholtz
Seasholtz Farms & Mendota Land
4965 N. Crystal Avenue
Fresno, CA 93705-0225

Mary J Duff
Duff Company
11125 NW Ambassador Dr.#200
Kansas City, MO 64153

Eugene C. Zeigler
Zeigler Farms LLC
P. O. Box 71
Rickreall, OR 97371

James Shea, Esq.
Shea and Carlyon
233 S. 4th St. # 200
Las Vegas, NV 89101

_/s/ Elvester Green_
Elvester Green
Paralegal Specialist