

RECEIVED
AND FILED

2000 OCT 23 PM 3: 37

U.S. ... ES
BA... Y COURT
... CLERK

1  JEANETTE E. McPHERSON
   Nevada Bar No. 5423
2  KUMMER KAEMPFER BONNER & RENSHAW
   Seventh Floor
3  3800 Howard Hughes Parkway
   Las Vegas, Nevada 89109
4  Telephone: (702) 792-7000
   Facsimile: (702) 796-7181
5  E-mail: jmcpherson@kkbr.com

6  Local Counsel for
   Unsecured Creditors' Committee
7

8
                    UNITED STATES BANKRUPTCY COURT
9
                         DISTRICT OF NEVADA
10

11  In re:                              §
                                        § Bankruptcy No. BK-S-00-10533LBR
12  AGRIBIOTECH, INC., a Nevada         §     (AgriBio Tech, Inc.)
    corporation,                        §
13                                      § Jointly Administered With:
         Debtor.                        §
14                                      § No. BK-S-00-10534LBR
    Federal Tax I.D. #85-0325742        §     (AgriBio Tech Canada)
15                                      § No. BK-S-00-10535LBR
                                        §     (Las Vegas Fertilizer Co.)
16   X  Affects All Debtors             § No. BK-S-00-10536LBR
                                        §     (Garden West Distributors, Inc.)
17                                      § No. BK-S-00-10537LBR
        Affects AGRIBIOTECH             §     (Geo W. Hill & Co., Inc.)
18  ___ CANADA, INC.., a Canadian       §
        corporation,                    § CHAPTER 11
19                                      §
                                        § **SUPPLEMENT AND AMENDMENT TO**
20      Affects LAS VEGAS               § **DECLARATION OF JEANETTE E.**
    ___ FERTILIZER CO., INC., A         § **McPHERSON SUBMITTED WITH**
21      Nevada corporation,             § **APPLICATION FOR ORDER**
                                        § **AUTHORIZING EMPLOYMENT AS LOCAL**
22                                      § **COUNSEL FOR UNSECURED**
        Affects GARDEN WEST             § **CREDITORS' COMMITTEE**
23  ___ DISTRIBUTORS, INC., an          §
        Arizona corporation,            § DATE:N/A
24                                      § TIME:N/A
                                        §
25      Affects GEO W. HILL & CO.,      §
    ___ INC., a Kentucky                §
26      corporation.                    §
                                        §
27  _____     §

28

KUMMER KAEMPFER
BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes
Parkway
Las Vegas, Nevada
89109

\KKBRSFTH\VOL1\DATA\JEM\Agri Pleadings\Declaration.doc         -1-

2304

JEANETTE E. McPHERSON states and declares as follows:

1. I am an attorney at the law firm of Kummer Kaempfer Bonner & Renshaw ("KKBR"). All members of KKBR and I are duly admitted to practice law in the State of Nevada. KKBR anticipates that Jeanette E. McPherson will be the attorney primarily handling matters for the Unsecured Creditors' Committee (the "Committee") in this case. Jeanette E. McPherson is admitted to practice before the Federal District Court in the State of Nevada.

2. The Committee desires to have KKBR represent it as local counsel in the above-styled case. KKBR is experienced in bankruptcy cases and is willing to accept as compensation such amounts as may hereafter be allowed by this Court, after notice and hearing.

3. The name, address, telephone number, and facsimile number of KKBR is:

Kummer Kaempfer Bonner & Renshaw
3800 Howard Hughes Pkwy., 7th Fl.
Las Vegas, NV  89109
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181

4. The Committee desires to employ KKBR as its counsel at the expense of the estate to, among other things: (a) advise the Committee generally concerning the rights, duties and obligations of an unsecured creditors' committee, (b) monitor the progress of the bankruptcy, (c) become aware of issues affecting creditors and protect the rights of the creditors, (d) consult with and keep the Committee informed of the progress of the case, (e) attend and participate in hearings likely to affect the creditors, and (f) perform such other work as necessary or

KUMMER KAEMPFER
BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes
Parkway
Las Vegas, Nevada
89109

\\KKBRSFTIII\VOL1\DATA\JEM\Agri Pleadings\Declaration.doc    -2-

reasonable to promote the interest of the creditors in the bankruptcy case.

5. The Committee proposes to retain KKBR on the following basis. KKBR will, pursuant to Bankruptcy Code Sections 330 and 331, petition the Court for an allowance of fees not more frequently than every 120 days, which petition will be heard upon prior notice to creditors and other interested parties. KKBR will accept such fees as may be awarded by the Court. KKBR expects that its compensation will be based upon a combination of factors, including without limitation, experience of counsel, time expended, results achieved, difficulty of matters undertaken, and KKBR normal hourly rates billed at the rate of $230 for Jeanette E. McPherson, and $95 for Stephanie Richards, a KKBR paralegal, and various hourly rates for other counsel and support staff within KKBR as the same may exist from time to time. During the period of representation, KKBR reserves the right to adjust these rates.

6. KKBR has not received a retainer. KKBR anticipates being compensated out of assets of the estates pursuant to Orders of the Court. There are no arrangements between KKBR and any other entity for the sharing of compensation to be received in connection with this case, except insofar as such compensation may be shared among the members and regular associates of KKBR. However, fees and expenses incurred by the Committee's previous counsel, Mangels Butler Marmaro & O'Reilly ("MBMO") shall be paid to MBMO.

7. KKBR does not believe that it has any conflict of interest that would prohibit it from representing the Committee

KUMMER KAEMPFER
BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes
Parkway
Las Vegas, Nevada
89109

in this case. With respect to KKBR's representation, KKBR states as follows:

    a. KKBR represented an unsecured creditor in this case, Erin N. McKenna. On behalf of Ms. McKenna, prior to the date of this Disclosure, KKBR obtained a Stipulation and Order Re: Relief from Automatic Stay to Pursue Insurance Proceeds entered on or about August 4, 2000. Representation of Ms. McKenna has been completed.

    b. KKBR represented M&W Packaging, Inc., a creditor who has initiated an adversary proceeding in this case for reclamation. KKBR has withdrawn from representation of M&W Packaging.

    c. KKBR represented T.T. Ranch, Inc. a creditor who has filed a secured claim in this case in the amount of $5,075.00. KKBR has withdrawn from representation of T.T. Ranch, Inc.

    d. KKBR represented Randall Jeppson, a creditor who has filed a proof of claim. KKBR has withdrawn from representation of Mr. Jeppson.

    e. KKBR has represented Bank of America, an alleged secured creditor, in unrelated matters. Representation of Bank of America ceased several years ago.

    f. KKBR has represented KPMG's Canadian branch/affiliate, an alleged unsecured creditor, in a matter unrelated to this case. Representation of this client has ended and this matter was closed.

    g. KKBR has provided legal services to an alleged unsecured creditor, Sun Gro Horticulture, Inc. in a matter

KUMMER KAEMPFER BONNER & RENSHAW
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89109

    unrelated to this case. This work was performed over seven years ago and this matter was closed.

  h. KKBR represented the Debtor, John C. Francis, and John R. Thomas in connection with a lawsuit brought against them by Jonathan R. Curshen. The work performed was minimal and was performed by an attorney who is no longer a member of KKBR. Representation of these clients ended on or around December, 1998 and KKBR's file was closed.

 If KKBR determines that any interest is potentially adverse to the Committee or the unsecured creditors in this bankruptcy case, KKBR will further supplement this Declaration. To date, KKBR does not believe it currently represents any interest that would be adverse to the creditors of the bankruptcy estate.

 8. The Committee proposed that KKBR be paid its customary hourly rates in effect from time to time and to reimburse KKBR for its expenses in accordance with customary reimbursement policies. KKBR understands that its compensation in these cases is subject to the prior approval of the Court, after notice and hearing, in accordance with Sections 328(a) and 330 of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure, as well as the Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. KKBR may seek interim compensation during the case at the times and in the amounts permitted by Sections 328(a) and 331 of the Bankruptcy Code, and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

 9. KKBR does not employ any person who is related to a Judge of this Court or the United States Trustee for Region 17.

1 The KKBR attorney referenced above who will primarily be
2 responsible for handling matters for the Committee is familiar
3 with the Bankruptcy Code, the Bankruptcy Rules, the Local
4 Bankruptcy Rules, and the Untied States Trustee Guidelines, and
5 will comply with them.

6     10. To the best of my knowledge, I believe KKBR is eligible
7 for employment as counsel for the Committee.

8     11. A Substitution of Counsel will also be filed
9 substituting the Committee's previous counsel, MBMO, for KKBR.
10 MBMO was substituted by an Order substituting it as counsel for
11 the Committee in the place and stead of Hale Lane Peek Dennison
12 Howard and Anderson whose employment was authorized by an Order
13 entered on or about March 21, 2000.

14     I declare, under penalty of perjury, that the foregoing is
15 true and correct, to the best of my knowledge, information and
16 belief.

17     DATED: October _18_, 2000.

                                                            */s/ Jeanette E. McPherson*
                                                            Jeanette E. McPherson