ORIGINAL

RECEIVED
AND FILED

2000 NOV -9  AM 9:05

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

1  WILLIAM P. WEINTRAUB, ESQ. (SBN 108125)
   DAVID M. BERTENTHAL, ESQ. (SBN 167624)
2  ERIN GRAY, ESQ. (SBN 157658)
   PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
3  650 California Street, 15th Floor
   San Francisco, CA 94108
4  Telephone:    (415) 263-7000
   Facsimile:    (415) 263-7010
5  email:wweintraub@pszyj.com

6  JAMES PATRICK SHEA, ESQ. (SBN 0405)
   CANDACE CARLYON, ESQ. (SBN 02666)
7  SHEA & CARLYON, LTD.
   233 S. Fourth Street, Suite 200
8  Las Vegas, NV 89101
   Telephone:    (702) 471-7432
9  Facsimile:    (702) 471-7435

10 Attorneys for Debtors in Possession

11                     UNITED STATES BANKRUPTCY COURT

12                           DISTRICT OF NEVADA

13

| In re | Bankruptcy No. BK-S-00-10533 (AgriBioTech, Inc.) |
|---|---|
| AGRIBIOTECH, INC., a Nevada corporation, | Jointly Administered With: |
| Debtor. | No. BK-S-00-10534 (AgrioBioTech Canada) |
| | No. BK-S-00-10535 (Las Vegas Fertilizer Co.) |
| Federal Tax I.D.#85-0325742 | No. BK-S-00-10536 (Garden West Distributors, Inc.) |
| | No. BK-S-00-10537 (Geo W. Hill & Co., Inc.) |
| | Chapter 11 |
| | **ORDER GRANTING DEBTORS' MOTION AND MOTION FOR AUTHORITY TO EMPLOY CENTURY 21 MONEYWORLD AS REAL ESTATE BROKERS PURSUANT TO BANKRUPTCY CODE SECTION 327** |
| | DATE:   November 8, 2000 |
| | TIME:   1:30 p.m. |
| | DEPT:   Courtroom 2 |
| |          300 Las Vegas Blvd. South |
| |          Las Vegas, NV  89101 |
| _X_  Affects All Debtors | |
| ___  Affects AGRIBIOTECH CANADA, INC., a Canadian corporation, | |

11/08/00
1

| | |
|---|---|
| __ | Affects LAS VEGAS FERTILIZER CO., INC., a Nevada corporation, |
| __ | Affects GARDEN WEST DISTRIBUTORS, INC., an Arizona corporation, |
| __ | Affects GEO W. HILL & CO., INC., a Kentucky corporation, |

On November 8, 2000 at 1:30 p.m., this Court held a hearing on the motion of AgriBioTech, Inc., a Nevada corporation ("ABT"), AgriBioTech Canada, Inc., a Canada corporation ("ABT Canada"), Las Vegas Fertilizer Co., Inc., a Nevada corporation ("LVF"), Garden West Distributors, Inc., a Arizona corporation ("Garden West") and Geo. W. Hill & Co., Inc., a Kentucky corporation ("Hill") (collectively the "Debtors") for entry of an order authorizing the Debtors to employ Century 21 MoneyWorld ("Broker") as real estate brokers (the "Motion").

David Bertenthal, Esq. appeared on behalf of the Debtors. Other appearances were as noted in the record. Based on the arguments made in the Motion, the pleadings and documents on file in this case, and the arguments made by counsel at the hearing, and it appearing that notice has been proper under the circumstances and the nature of the relief requested, and that no other notice need be given; and it appearing that, based on Broker's Declaration of Disinterestedness for Employment of Professional Person, Broker has no connection with the Debtors, the Debtors' creditors, any other party in interest, or their respective attorneys and accountants, and it appearing that neither Broker, nor any of its agents represent any interest adverse to that of the Debtors' or of the Debtors' estates in the matters on which it is to be retained, and its agents are disinterested persons under §101(14) of the Bankruptcy Code; and sufficient cause appearing therefor,

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

1. The Motion is approved in its entirety.

2. The Debtors are authorized and empowered to employ Broker on the terms and conditions set forth in the Motion.

11/08/00
2

3. The Debtors are authorized to pay Broker on the terms and conditions set forth in the Motion without further application to or order from the Court.

4. Broker shall not be required to file and/or serve interim or final fee applications.

Dated: NOV 9 2000 , 2000

_____
UNITED STATES BANKRUPTCY JUDGE

11/08/00
3

Presented by:

PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
650 California Street, 15th Floor
San Francisco, CA 94108
Telephone: (415) 263-7000

By: /s/ David M. Bertenthal
David M. Bertenthal, Esq.
Attorneys for Debtors and Debtors in Possession

**Reviewed:**

OFFICE OF THE UNITED STATES
TRUSTEE

_____
Barry Jenkins

11/08/00
4