Deborah D. Williamson
Texas State Bar No. 21617500
Patrick L. Huffstickler
Texas State Bar No. 10199250
COX & SMITH INCORPORATED
112 E. Pecan St., Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

Candace C. Carlyon, Esq.
Nevada Bar No. 002666
SHEA & CARLYON
233 South Fourth Street, Suite 200
Las Vegas, NV 89101
(702) 471-7432
(702) 471-7435 (Fax)
Email: carlyonltd@aol.com

Attorneys for Anthony Schnelling, Trustee of the Creditor Trust

RECEIVED AND FILED
2001 DEC 14 PM 2:29
UNITED STATES BANKRUPTCY COURT
PATRICK GRAY CLERK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In re: | § Bankruptcy No. BK-S-00-10533 (AgriBioTech, Inc.) |
| AGRIBIOTECH, INC., a Nevada corporation, | § Jointly Administered With: |
| | § No. BK-S-00-10534 (AgriBioTech Canada) |
| Debtor. | § No. BK-S-00-10535 (Las Vegas Fertilizer Co.) |
| | § No. BK-S-00-10536 (Garden West Distributors, Inc.) |
| Federal Tax I.D. #85-0325742 | § No. BK-S-00-10537 (Geo W. Hill & Co., Inc.) |
| | § Chapter 11 |
| _X_ Affects All Debtors | § |
| ___ Affects AGRIBIOTECH CANADA, INC., a Canadian corporation, | § **ORDER GRANTING APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF DIAMOND, McCARTHY, TAYLOR & FINLEY, L.L.P. AND WINSTEAD SECHREST & MINICK, P.C., AS SPECIAL COUNSEL** |
| ___ Affects LAS VEGAS FERTILIZER CO., INC., a Nevada corporation, | |
| ___ Affects GARDEN WEST DISTRIBUTORS, INC., an Arizona corporation, | |
| ___ Affects GEO W. HILL & CO., INC., a Kentucky corporation. | |

386612.1

1   The Court has considered the *Application For Order Authorizing Employment Of Diamond, McCarthy, Taylor & Finley, L.L.P. and Winstead Sechrest & Minick, P.C., As Special Counsel* (the "Application") filed by the Creditor Trustee (the "Trustee"). Based on the Application, the Court finds that Diamond, McCarthy, Taylor & Finley, L.L.P. and Winstead Sechrest & Minick, P.C. does not hold or represent any interest adverse to the estates in the matters on which they are to be employed, that Diamond, McCarthy, Taylor & Finley, L.L.P. and Winstead Sechrest & Minick, P.C. are disinterested persons, that their employment is in the best interest of the estate, and that Diamond, McCarthy, Taylor & Finley, L.L.P. and Winstead Sechrest & Minick, P.C. are qualified to represent the Trustee in these jointly administered Chapter 11 bankruptcy cases.

It is therefore ordered that the Application is approved and that the Trustee is authorized to employ Diamond, McCarthy, Taylor & Finley, L.L.P. and Winstead Sechrest & Minick, P.C. as its general bankruptcy counsel herein on the terms and conditions set forth more fully in the Application. *as amended on the record*

SIGNED this 3 day of December, 2001.

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted By:

COX & SMITH INCORPORATED

By: _____
Deborah D. Williamson
Texas State Bar No. 21617500
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205

386612.1

2